Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

.... 20 2015

Abel Acosta, Clerk

January 3, 2015

RE: Anthony Green v. State of Texas
    PDR No. 1704-13
    Appellate Cause No. 14-12-00601-CR
    Trial Cause No. 49, 480-b

Dear Clerk:

I filed a petition for discretionary review in cause no. PD-1704-13. On June 11, 2014, this Court issued its answer denying the PDR, but showed that the Honorable Judge Cochran would have granted the petition.

I am requesting a copy of the Honorable Judge Cochran's written opinion in my PDR review.

Thank you and know that your time is greatly appreciated.


Sincerely,

*Anthony Green*

Anthony Green
TDCJ# 1780136
H.H. Coffield Unit
Tennessee Colony, TX 75884


cc: filed